622

445 A.2d 244

Commonwealth v. Richardson, Appellant.

Argued September 9, 1981. J. Hugh O'Donnell, for appellant; Deborah Fox, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.

445 A.2d 244

Commonwealth v. Schaeffer, Appellant.

Submitted January 27, 1982. James A. Consoli, Assistant Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before WIEAND, CIRILLO and POPOVICH, JJ.

Affirmed.